**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BAJRAKTAREVIC, NASIH | § | Case No. 09-13689 |
| BAJRAKTAREVIC, HASIMA | § | |
| | § | |
| Debtor(s) | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 37,101.00 |
| Total Distributions to Claimants: 5,140.70 | Claims Discharged Without Payment: 30,611.59 |
| Total Expenses of Administration: 2,860.59 | |

3) Total gross receipts of $ 8,001.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,001.29 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 449,617.67 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,860.59 | 2,860.59 | 2,860.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,769.25 | 35,752.29 | 35,752.29 | 5,140.70 |
| **TOTAL DISBURSEMENTS** | $ 481,386.92 | $ 38,612.88 | $ 38,612.88 | $ 8,001.29 |

4) This case was originally filed under chapter 7 on 04/17/2009 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2010 By:/s/Joseph A. Baldi, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| VEHICLES - Benz | 1129-000 | 8,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.29 |
| **TOTAL GROSS RECEIPTS** | | $ 8,001.29 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | | 17,888.73 | NA | NA | 0.00 |
| Countrywide Home Loan | | 372,618.27 | NA | NA | 0.00 |
| Countrywide Home Loan | | 59,110.67 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 449,617.67 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A BALDI | 2100-000 | NA | 1,550.09 | 1,550.09 | 1,550.09 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | 3110-000 | NA | 1,310.50 | 1,310.50 | 1,310.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,860.59 | $ 2,860.59 | $ 2,860.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | 7100-000 | 10,813.38 | 10,904.84 | 10,904.84 | 1,567.97 |
| CHASE BANK USA, N.A. | 7100-000 | 7,718.53 | 11,250.09 | 11,250.09 | 1,617.61 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 10,745.39 | 10,804.09 | 10,804.09 | 1,553.49 |
| PYOD, SUCC/ASSIGNEE TO CITIBANK | 7100-000 | 2,491.95 | 2,793.27 | 2,793.27 | 401.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 31,769.25 | $ 35,752.29 | $ 35,752.29 | $ 5,140.70 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 09-13689 CAD Judge: Carol A. Doyle
Case Name: BAJRAKTAREVIC, NASIH
BAJRAKTAREVIC, HASIMA
For Period Ending: 06/10/10

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 04/17/09 (f)
341(a) Meeting Date: 06/04/09
Claims Bar Date: 10/19/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - Debtors' Residence 4936 W. School St. Unit 1 Chicago, IL. 60641 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Furniture - Household Goods | 3,500.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. VEHICLES Nissan X-Terra | 9,000.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLES Dodge Van | 500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES - Benz '03 Mercedes ML350 | 10,000.00 | 8,000.00 | | 8,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.29 | Unknown |
| 8. CASH | 201.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $274,201.00 | $8,000.00 | | $8,001.29 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed attorneys; sold car; bar date expired 10/19/09; Reviewed claims; TFR submitted to UST 1/6/10

Initial Projected Date of Final Report (TFR): 01/06/10 Current Projected Date of Final Report (TFR): 01/06/10

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-13689 -CAD
Case Name: BAJRAKTAREVIC, NASIH
BAJRAKTAREVIC, HASIMA
Taxpayer ID No: *******5148
For Period Ending: 06/10/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6176 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/16/09 | 6 | HASIH BAJRAKTAREVIC<br>4936 W. School St., Apt 1<br>Chicago, IL 60641 | Automobile Sold back to Debtor | 1129-000 | 5,000.00 | | 5,000.00 |
| C 07/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 5,000.04 |
| C 08/25/09 | 6 | HASIH BAJRAKTAREVIC<br>4936 W. School St., Apt 1<br>Chicago, IL 60641 | Automobile Sold back to Debtor - | 1129-000 | 1,000.00 | | 6,000.04 |
| C 08/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,000.17 |
| C 09/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.32 |
| C 10/13/09 | 6 | HASIH BAJRAKTAREVIC<br>4936 W. School St., Apt 1<br>Chicago, IL 60641 | Automobile Sold back to Debtor - | 1129-000 | 1,000.00 | | 7,000.32 |
| C 10/13/09 | 6 | HASIH BAJRAKTAREVIC<br>4936 W. School St., Apt 1<br>Chicago, IL 60641 | Automobile Sold back to Debtor - | 1129-000 | 1,000.00 | | 8,000.32 |
| C 10/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 8,000.49 |
| C 11/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.69 |
| C 12/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.89 |
| C 01/29/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,001.09 |
| C 02/26/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 8,001.27 |
| C 03/04/10 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 8,001.29 |
| C t 03/04/10 | | Transfer to Acct #*******6325 | Final Posting Transfer | 9999-000 | | 8,001.29 | 0.00 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-13689 -CAD
Case Name: BAJRAKTAREVIC, NASIH
BAJRAKTAREVIC, HASIMA
Taxpayer ID No: *******5148
For Period Ending: 06/10/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6176 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******6176

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 8,000.00 | 0 | Checks | 0.00 |
| 9 | Interest Postings | 1.29 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,001.29 |
| | Subtotal | $ 8,001.29 | | Total | $ 8,001.29 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 8,001.29 | | | |

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-13689 -CAD
Case Name: BAJRAKTAREVIC, NASIH
BAJRAKTAREVIC, HASIMA
Taxpayer ID No: *******5148
For Period Ending: 06/10/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6325 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 03/04/10 | | Transfer from Acct #*******6176 | Transfer In From MMA Account | 9999-000 | 8,001.29 | | 8,001.29 |
| C 03/05/10 | 001001 | JOSEPH A BALDI<br>JOSEPH BALDI & ASSOCIATES<br>19 S LASALLE STREET SUITE 1500<br>CHICAGO, IL 60603 | Trustee Compensation | 2100-000 | | 1,550.09 | 6,451.20 |
| C 03/05/10 | 001002 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,310.50 | 5,140.70 |
| C 03/05/10 | 001003 | PYOD, successors & assigns to Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 14.38% | 7100-000 | | 401.63 | 4,739.07 |
| C 03/05/10 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 14.38% | 7100-000 | | 1,617.61 | 3,121.46 |
| C 03/05/10 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 14.38% | 7100-000 | | 1,567.97 | 1,553.49 |
| C 03/05/10 | 001006 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS<br>AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 14.38% | 7100-000 | | 1,553.49 | 0.00 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-13689 -CAD
Case Name: BAJRAKTAREVIC, NASIH
BAJRAKTAREVIC, HASIMA
Taxpayer ID No: *******5148
For Period Ending: 06/10/10

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6325 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******6325

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 6 | Checks | 8,001.29 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 8,001.29 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,001.29 | | | |
| | Total | $ 8,001.29 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 8,000.00 | 6 | Checks | 8,001.29 |
| 9 | Interest Postings | 1.29 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,001.29 |
| | Subtotal | $ 8,001.29 | | | |
| | | | | Total | $ 16,002.58 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,001.29 | | | |
| | Total | $ 16,002.58 | | Net Total Balance | $ 0.00 |